■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN POWELL, Appellant. [601 NYS2d 825] —Appeal by the defendant from a judgment of the County Court, Westchester County (Pirro, J.), rendered February 18, 1992, convicting him of criminal sale of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD E. STUBBS, Appellant. [601 NYS2d 824] —Appeal by the defendant from a judgment of the County Court, Orange County (Ingrassia, J.), rendered February 10, 1981, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. By decision and order dated July 8, 1991, the judgment was affirmed (see, People v Stubbs, 175 AD2d 187). By order dated October 14, 1992, the United States District Court for the Southern District of New York, complying with the mandate of the United States Court of Appeals for the Second Circuit (see, Stubbs v Leonardo, 973 F2d 167), conditionally granting the defendant's writ of habeas corpus, remitted the matter for this Court to grant the defendant leave to file a pro se supplemental brief and reconsider the merits of his appeal in light thereof. Justice Copertino has been substituted for former Justice Kunzeman (see, 22 NYCRR 670.1 [c]).

Ordered that, upon reargument, the original determination is adhered to.

We have considered the arguments raised in the defendant's pro se supplemental brief and find them to be without merit. Rosenblatt, J. P., Miller, O'Brien and Copertino, JJ., concur.